# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Rodrick Lauades Brown,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:14-cv-00183-RLV |
| | ) | 5:13-cr-00024-RLV-DSC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 27, 2015 Order.

January 27, 2015

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court